UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE GIBBS                                                                                                    PLAINTIFF

V.                                    No. 3:20-CV-00347-JM-JTR

GLENN, Sergeant,
Greene County Detention Facility, *et al.*                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 26th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE